RUTHANNE EDGINTON #134689
Attorney at Law
5200 N. PALM, Suite 301
Fresno, California 93704

Telephone: (559) 225-9500

Attorney for Defendant
SHELDON GORDAN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 1: 07-CR-00078 AWI |
| Plaintiff, ) | WAIVER OF APPEARANCE |
| ) | AT PRETRIAL CONFERENCES AND |
| v. ) | HEARINGS AND ORDER THEREON |
| SHELDON PAUL GORDON ) | |
| Defendant. ) | |
| _____ ) | HONORABLE ANTHONY W. ISHII |

Defendant, SHELDON PAUL GORDON, having been advised of his right to be present at all stages of the proceedings, hereby waives his right to be present in person in open court upon the hearing of any motion or other pretrial proceeding. Defendant hereby requests the court to proceed in his every absence and agrees that his interests will be deemed represented at all said hearings and proceeding by the presence of his attorney, RUTHANNE EDGINTON. Defendant further agrees that notice to defendant's attorney that defendant's presence in court is required will be deemed notice to the defendant of the requirement of his appearance at said time and place. Defendant further agrees to be present at the date set by the court for jury trial.

Dated: October 23, 2007                    /s/ Sheldon Gordon
                                                         SHELDON GORDON

## ORDER

Good cause appearing,

IT IS HEREBY ORDERED that defendant SHELDON GORDON is hereby excused from appearing at pretrial conferences and hearings until further notice by the court.

IT IS SO ORDERED.


IT IS SO ORDERED.

**Dated:    October 24, 2007**              _____/s/ Anthony W. Ishii_____
                                            UNITED STATES DISTRICT JUDGE